■ MICHAEL J. JONES, Respondent, v MAUREEN E. TORPEY et al., Appellants, and CANEISHA N. DOSS et al., Respondents. (Appeal No. 2.) [45 NYS3d 835]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered April 12, 2016. The order, upon reargument, granted plaintiff's motion for partial summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court entered January 14, 2016 (Patrick H. NeMoyer, J.). Present—Peradotto, J.P., Carni, Lindley, Curran and Scudder, JJ.

■ JACK I. DINABURG, Respondent, v UNITED REFINING COMPANY, Appellant. [45 NYS3d 846]—Appeal from an order of the Supreme Court, Monroe County (Evelyn Frazee, J.), entered January 22, 2016. The order, insofar as appealed from, denied the motion of defendant to disqualify counsel for plaintiff.

Now, upon reading and filing the stipulation withdrawing appeal signed by the attorneys for the parties on December 15, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Peradotto, J.P., Carni, Lindley and Scudder, JJ.

■ JANINE GALLO, Respondent, v SCOTT T. WICKS, Appellant. [45 NYS3d 846]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered March 21, 2016. The order, among other things, granted the motion of plaintiff for a directed verdict on liability.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Peradotto, J.P., Carni, Lindley, Curran and Scudder, JJ.